# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00268-CV

### In re Joe Nathan Middleton

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). The motion for free copy or loan of the appellate record is overruled.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Filed: June 11, 2008